**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| TAHANI SPEARMAN, | |
| | NO. 08-32115 |
| DEBTOR | JUDGE: Hollis |

**STATEMENT OF OUTSTANDING POST PETITION MORTGAGE OBLIGATIONS**

NOW Comes HSBC Bank USA, N.A., as Trustee c/o Ocwen ("Creditor"), and pursuant to the July 22, 2010 letter from the Chapter 13 Trustee, Marilyn O. Marshall providing notice to HSBC Bank USA, N.A., as Trustee c/o Ocwen that the trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

- 04/10 to 08/10 Monthly mortgage payments @ $1,064.66      $5,323.30
- 04/10 to 07/10 Monthly late charges @ $39.66      $158.64

- TOTAL      $5,481.94

Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the court determines to be due. To the extent that amounts set forth in this statement are not determined by the court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

Respectfully Submitted,

/s/ Monica J. Paine

Monica J. Paine

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Monica J. Paine ARDC# 06293457
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
08-014765

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**